IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1:19 mj 3 |
| | ) | |
| ERIK L. BOYD, | ) | Initial Appearance: January 7, 2019 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(Misdemeanor –7088332/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 28, 2018 at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant ERIK L. BOYD did unlawfully carry about his person, hidden from common observation, a pistol, revolver, or other weapon designed or intended to propel a missile of any kind by action of an explosion of any combustible material.

(In violation of Title 18 United States Code Section 13, assimilating Title 18.2 Code of Virginia Section 308(A)(i)).)

Respectfully submitted,
G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: /s/ Elizabeth A. Banger
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703)-299-3854
Fax: (703)-299-3980
Email: elizabeth.banger.usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be sent to the defendant ERIK L. BOYD at 5016 Leroy Gorham Drive, Capitol Heights, MD 20743 on *January 2, 2019*.

By: *Elizabeth A. Banger*
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314